IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: MICHALSKI, BRENDA LYNN       Case No. 20-40276-13

_____

BRENDA LYNN MICHALSKI,
                         Plaintiff.
vs.                                  Adver. Proc. No. 20-07014

JOSEPH MICHALSKI, JR.
                         Defendant.

_____

MOTION TO DISMISS ADVERSARY PROCEEDING

COMES NOW, the Plaintiff, by counsel, John R. Hooge, and hereby requests the Court to dismiss this adversary proceeding.  In support of this Motion, the Plaintiff shows the following:

1.  This Adversary proceeding sought a determination that the obligation of the Plaintiff to pay joint debts also owed by the Defendant was not a domestic support obligation ("DSO") and would be discharged upon completion of the underlying chapter 13 case.  Such obligation was set forth in the Separation Agreement between the parties in their divorce, and approved by the Decree of Divorce issued by the Shawnee County District Court in their divorce.  The only joint obligations required to be paid by Plaintiff were to Stevens and Brand law firm, being collected by Zimmerman and Zimmerman, and to Stormont Vail, being collected by Butler and Associates.  Law suits had been filed by both creditors and judgments were issued in each case vs. both the Plaintiff and Defendant.

2.  Plaintiff has settled such obligations to Stevens and Brand and Stormont Vail.  The agreed upon settlement amount has been paid to Stevens and Brand via Zimmerman and Zimmerman and a Satisfaction of Judgment should be issued shortly.  The settlement amount will be paid shortly to Stormont Vail, via Butler and Associates, and then a Satisfaction of

Judgment will be issued in that law suit. The settlement agreements are to the effect that neither the Plaintiff nor the Defendant will owe any additional sums on these debts.

3.  No counterclaim was filed by Defendant against the Plaintiff.

4.  Such settlements will make moot the issues in the Adversary Proceeding as the Plaintiff will have fulfilled her obligation to pay joint debts.  This Adversary Proceeding should be dismissed.

    s/ John R. Hooge
John R. Hooge #09798
2619 W. 6th St., Ste. D
Lawrence, KS 66049
Ph: (785) 842-1138
Fax: (785) 865-2966
Attorney for Debtor(s)
jhooge@johnhooge.com
Attorney for Plaintiff and Debtor in
underlying chapter 13 case

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2021, a true and correct copy of the MOTION TO DISMISS ADVERSARY PROCEEDING was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

    s/ John R Hooge
John R. Hooge

dismiss.mot.adversary